# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## CHIEF JUDGE LEWIS T. BABCOCK

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: October 18, 2006 |
| Court Reporter:    Gwen Daniel | Probation: Chris Perez and Jan Woll |

Criminal Action No. 05-cr-00467-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10. GWENDOLYN BALDWIN,

    Defendant.

_Counsel:_

Mark Barrett

Kerry Hada

## CHANGE OF PLEA

04:33 p.m.    Court in Session

Defendant sworn and answers true name;  Defendant is 58 years old

**EXHIBITS:**  Court Exhibit 1 - Plea Agreement;  Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty

Defendant advised of maximum penalties

Defendant's right to trial to jury and other constitutional rights explained

Count 25 of the Superseding Indictment read to defendant.

Count 25 refers to Count 1 and the Court reads Count 1 to the defendant.

1

Defendant pleads **GUILTY** to Count 25 of the Superseding Indictment

Court **accepts** plea of guilty

**ORDERED:** **Motion to Release from Electronic Monitoring and Request for Reduction in Court Ordered Testing (Doc No. 523) is GRANTED, removing defendant from electronic monitoring and reducing the UA testing to twice per month.**

**ORDERED:** **Sentencing is set for January 5, 2007 at 3:00 p.m.**

**ORDERED:** that BOND IS CONTINUED

05:02 p.m.    Court in Recess
              Hearing Concluded
              TIME: 29