IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00467-LTB-10

UNITED STATES OF AMERICA,

       Plaintiff,

v.

10.     GWENDOLYN BALDWIN,

       Defendant.

## ORDER

Comes on this day to be considered the Motion of the United States to dismiss Counts 1, 3-11, 24 and 26 of the Superseding Indictment as it pertains to Defendant Gwendolyn Baldwin. Having considered same, the Court finds there are good grounds to grant the motion.

IT IS HEREBY ORDERED that Counts 1, 3-11, 24 and 26 of the Superseding Indictment are hereby DISMISSED as to Defendant Gwendolyn Baldwin.

So Ordered this  5th  day of January, 2007 at Denver, Colorado.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              LEWIS T. BABCOCK, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
                              DISTRICT OF COLORADO